USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/5/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
 :
GARY BERNSTEIN,                       :
 :
                         Plaintiff,   :     Case No. 1:25-cv-07970
 :
        - against –                   :     **JOINT STIPULATION TO**
 :     **AMEND PROTECTIVE ORDER**
ADVANCE MAGAZINE PUBLISHERS INC.      :
d/b/a CONDÉ NAST, GETTY IMAGES (US),  :
INC., and JOHN DOES 1-100,            :
 :
                         Defendants.  x
 :
------------------------------------------------------------- :

        Plaintiff Gary Bernstein ("Plaintiff") and Defendants Advance Magazine Publishers Inc. and Getty Images (US), Inc. ("Defendants") (collectively, the "Parties") hereby stipulate and agree to modify the protective order. ECF No. 12-1.

1. Plaintiff and Getty Images (US), Inc. agreed to a protective order applicable to "information and documents exchanged by these parties in connection with ongoing discussions to resolve Plaintiff Bernstein's claims against Defendant Getty Images" on November 12, 2026.  ECF No. 12-1.

2. This Court entered an order granting the protective order on November 13, 2025.  ECF No. 13.

3. The Parties are now exchanging information and documents in connection with fact discovery.

4. The Parties hereby stipulate and agree to modify the protective order to also apply to information and documents exchanged during the course of fact discovery.

Dated: May 4, 2026                    Respectfully submitted,
New York, New York

                              By:    */s/ David Leichtman*
                                     David Leichtman (DL-7233)
                                     Emma J. Hoffmann (EH-9673)
                                     1345 Avenue of the Americas, 10th Floor
                                     New York, New York 10105
                                     Tel: (212) 370-1300
                                     dleichtman@egsllp.com
                                     ehoffmann@egsllp.com

                                     *Attorneys for Plaintiff Gary Bernstein*

/s/ James Rosenfeld
James Rosenfeld
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Tel: (212) 489-8230
Fax: (212) 489-8340
Email: jamesrosenfeld@dwt.com

*Attorneys for Advance Magazine Publishers Inc. and Getty Images (US) Inc.*

SO ORDERED this the 5th day of May 2026

Victor Marrero
U.S.D.J.